KENDALL BRILL & KLIEGER LLP
Robert N. Klieger (192962)
  *rklieger@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiffs Chris Mammarelli
and Ryan Gregory Phillips

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRIS MAMMARELLI, an individual; and RYAN GREGORY PHILLIPS, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O'HARE WALLACE, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. CV 14-0568 ABC (OWx)<br><br>**[PROPOSED]** **CONSENT DECREE** |

169175.1

1    This Court, having read and considered the Joint Stipulation Re Entry of Consent Decree, and good cause appearing therefor, orders that this Consent Decree shall be and is hereby entered as follows:

   1.   This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

   2.   As between Plaintiffs Chris Mammarelli and Ryan Gregory Phillips ("Plaintiffs"), on the one hand, and Defendant Michael O'Hare Wallace ("Defendant"), on the other hand, Plaintiffs are the sole and exclusive owners of all right, title, and interest, including without the limitation the entire copyright interest, in and to the motion picture entitled *Southern Comfort* (the "Picture") and any and all materials embodied therein or upon which the Picture is based (the "Materials"). To the extent Defendant at one time held any copyright or other interests in or to the Picture or Materials, Defendant irrevocably assigned all such interests to Plaintiffs; provided, however, that Defendant shall own the entire copyright interest in the script entitled "Southern Hospitality" dated June 2011 (WGA No. 1249199) (the "Script") and may sell, assign, license, or otherwise exploit the Script in whatever manner he desires.

   4.   Defendant and his agents, representatives, successors, and assigns, and all persons, firms, corporations, or other entities in active concert or participation with any of them who receive actual notice of this order, are hereby restrained and enjoined from: (a) challenging Plaintiffs' ownership of all right, title, and interest, including without limitation the entire copyright interest, in and to the Picture and Materials; and (b) attempting to interfere with Plaintiffs' distribution, performance, display, advertising, promotion, marketing, sale, or other exploitation of the Picture, Materials, and any derivative works based thereon.

   7.   Except as provided herein, the Complaint is dismissed with prejudice, with each party to bear his own fees and costs of suit.

169175.1

1

[PROPOSED] CONSENT DECREE

8. The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, directs the immediate entry of this Consent Decree.

9. The Court shall retain jurisdiction of this matter and over the parties for the purpose of enforcing the provisions of this Consent Decree.

IT IS SO ORDERED.

Dated: February 7, 2014        _____
                               Hon. Audrey B. Collins
                               United States District Judge

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

169175.1

2
[PROPOSED] CONSENT DECREE